AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| MSW Media, Inc., First Amendment Coalition <br> *Plaintiff(s)* <br> v. <br> United States DOGE Service, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 3:25-cv-2881-AMO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Office of Management and Budget
725 17th Street, NW
Washington, DC 20503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David Loy  Kel McClanahan
First Amendment Coalition  National Security Counselors
534 4th Street, Suite B  1451 Rockville Pike, Suite 250
San Rafael, CA 94901-3334  Rockville, MD 20852
415.460.5060  501.301.4672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Mark B. Busby

*Kim Means*

*Signature of Clerk or Deputy Clerk*

Date: April 11, 2025