DAVID LOY, Cal. Bar No. 229235
ANN CAPPETTA, Cal. Bar No. 354079
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901-3334
Telephone:  415.460.5060
Facsimile:  415.460.5155
Email:  dloy@firstamendmentcoalition.org
        acappetta@firstamendmentcoalition.org

KEL MCCLANAHAN, DC Bar No. 984704 (*Pro Hac Vice*)
NATIONAL SECURITY COUNSELORS
1451 Rockville Pike, Suite 250
Rockville, MD 20852
Telephone:  501.301.4672
Email:  kel@nationalsecuritylaw.org

Attorneys for Plaintiffs MSW MEDIA, INC. and
FIRST AMENDMENT COALITION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSW MEDIA, INC., and FIRST AMENDMENT COALITION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DOGE SERVICE,<br><br>　　and<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>　　　　Defendants. | Case No. 3:25-cv-2881 (AMO)<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Montgomery, State of Maryland. My business address is 1451 Rockville Pike, Suite 250, Rockville, MD 20852.

On 31 March 2025, I served true copies of the following document(s) described as:

**Summons**

**Complaint**

**Civil Cover Sheet**

**Corporate Disclosure Statement**

on the interested parties in this action by Certified Mail as follows:

U.S. Attorney for the Northern District of California
Attn: Civil Process Clerk
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA  94102

United States DOGE Service
Executive Office of the President
1600 Pennsylvania Avenue, NW
Washington, DC  20500

U.S. Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530

On 7 April 2025, I served true copies of the following document(s) described as:

**Standing Order for All Judges of the Northern District of California**

**Standing Order for Civil Cases Before District Judge Araceli Martinez-Olguin**

**Order Setting Initial Case Management Conference and ADR Deadlines**

**Consent or Declination to Magistrate Judge Jurisdiction**

on the interested parties in this action by email as follows:

U.S. Attorney for the Northern District of California
Attn: Civil Process Clerk
Email: Pamela.Johann@usdoj.gov

On 11 April, I served true copies of the following document(s) described as:

**Summons**

     **First Amended Complaint**

     **Civil Cover Sheet**

     **Corporate Disclosure Statement**

     **Standing Order for All Judges of the Northern District of California**

     **Standing Order for Civil Cases Before District Judge Araceli Martinez-Olguin**

     **Order Setting Initial Case Management Conference and ADR Deadlines**

on the interested parties in this action by Certified Mail as follows:

Office of Management and Budget
725 17th Street, NW
Washington, DC  20503

     **GLOSSARY:**

     **BY CERTIFIED MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing via Certified Mail, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

     **BY EMAIL:** I caused a copy of the document(s) to be sent from email address Kel@NationalSecurityLaw.org to the persons at the email addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 22 April 2025.

                                            /s/ Kelly B. McClanahan
                                               Kelly B. McClanahan