PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA JOHANN (CABN 145558)
Chief, Civil Division
KENNETH BRAKEBILL (CABN 196696)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7167
    Facsimile: (415) 436-7169
    Kenneth.Brakebill@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MSW MEDIA, INC. and FIRST AMENDMENT COALITION,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. DOGE SERVICE and OFFICE OF MANAGEMENT AND BUDGET,<br><br>    Defendants. | Case No. 3:25-cv-02881-AMO<br><br>**STIPULATION TO CLARIFY AND SET A DATE CERTAIN FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** |

Pursuant to Civil Local Rules 6-1(a), the parties stipulate as follows:

**STIPULATION**

WHEREAS, Plaintiffs filed a Complaint against United States DOGE Service on March 28, 2025 (ECF No. 1);

WHEREAS, Plaintiffs filed a First Amended Complaint against United States DOGE Service and Office and Management and Budget on April 10, 2025 (ECF No. 13);

WHEREAS, in the interest of furthering judicial economy the parties have agreed to clarify and set a singular date for both United States DOGE Service and Defendant Office and Management and Budget to file their responsive pleading, with such response to occur within a few weeks;

The parties to this action, through their counsel of record, hereby stipulate that the deadline for Defendants' responsive pleading shall be May 27, 2025.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: May 5, 2025

By: */s/ Kel McClanahan*
KEL McCLANAHAN
National Security Counselors

Counsel for Plaintiffs

Dated: May 5, 2025

By: PATRICK D. ROBBINS
Acting United States Attorney

 */s/ Kenneth Brakebill*
Kenneth Brakebill
Assistant United States Attorney

Counsel for Defendants

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Kenneth Brakebill, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.