CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KENNETH BRAKEBILL (CABN 196696)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7167
    Facsimile: (415) 436-7169
    Kenneth.Brakebill@usdoj.gov

Attorneys for Defendants U.S. DOGE Service and
Office of Management and Budget

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MSW MEDIA, INC. and FIRST AMENDMENT COALITION,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. DOGE SERVICE and OFFICE OF MANAGEMENT AND BUDGET,<br><br>    Defendants. | Case No. 3:25-cv-02881-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS OR TRANSFER FIRST AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, GRANTING MOTION TO STAY**<br><br>The Honorable Araceli Martínez-Olguín |

This matter came on regularly for hearing on August 7, 2025, with the Honorable Araceli Martínez-Olguín presiding. The Court has received and considered Defendants' Notice of Motion and Motion to Dismiss or Transfer Plaintiffs' First Amended Complaint, or in the Alternative, Motion to Stay; all responses and replies to the Motions, and all other appropriate and related documents and oral argument thereon.

IT IS HEREBY ORDERED THAT:

1. Defendants' Motion to Dismiss or Transfer is granted.
2. Under 5 U.S.C. § 552(a)(4)(B), venue for this action as plead is improper in the Northern District of California because venue does not lie the Northern District as to each claim and each party.
3. This action is hereby transferred pursuant to 28 U.S.C § 1404(a) to the District of the District of Columbia, as that district is the only forum that can remedy the venue deficiencies in Plaintiffs' First Amended Complaint. Because that district is the "all-purpose," "universal venue for FOIA lawsuits," *In re Scott*, 709 F.2d 717, 720 (D.C. Cir. 1983); *Sierra Club v. TVA*, 905 F. Supp. 2d 356, 359 (D.D.C. Nov. 29, 2012) (quoting Dep't of Justice, Guide to the Freedom of Information Act § 3-17.100B (2012)), that district can consider the FOIA claims of all Plaintiffs in this action.
4. The Court need not consider the merits of Plaintiffs' allegations, and instead transfers the case to the District of the District of Columbia for further proceedings there.

[*In the alternative*]

1. For reasons of judicial economy and legal consistency, Defendants' Motion to Stay is granted while threshold legal issues are resolved in the underlying D.C. Litigation in the *CREW* case.
2. The Court enters a 90-day stay with the accompanying requirement that the parties file a joint

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS OR TRANSFER OR, IN THE ALTERNATIVE, GRANTING DEFENDANTS' MOTION TO STAY
No. 3:25-cv-02881-AMO

status report one week prior to the end of that 90-day period in which they update the Court on the status of the D.C. Litigation and state a joint position (or, if necessary, their respective positions) on whether a continued stay is necessary.

Dated: _____

_____
The Honorable Araceli Martínez-Olguín
United States District Court Judge