DAVID LOY, Cal. Bar No. 229235
ANN CAPPETTA, Cal. Bar No. 354079
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901-3334
Telephone:  415.460.5060
Facsimile:  415.460.5155
Email:      dloy@firstamendmentcoalition.org
            acappetta@firstamendmentcoalition.org

KEL MCCLANAHAN (*Pro Hac Vice*)
NATIONAL SECURITY COUNSELORS
1451 Rockville Pike, Suite 250
Rockville, MD 20852
Telephone:  501.301.4672
Email:      kel@nationalsecuritylaw.org

Attorneys for Plaintiffs MSW MEDIA, INC. and
FIRST AMENDMENT COALITION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSW MEDIA, INC., and FIRST AMENDMENT COALITION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DOGE SERVICE, and OFFICE OF MANAGEMENT AND BUDGET,<br><br>　　　　　Defendants. | Case No. 3:25-cv-02881-AMO<br><br>**JOINT MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL L.R. 7-11 TO PERMIT REMOTE APPEARANCE AT JULY 3, 2025 INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　July 3, 2025<br>Time:　　　10:00 a.m.<br>Location:　Courtroom 10, 19th Floor<br>Judge:　　 Hon. Araceli Martínez-Olguín<br><br>Complaint Filed:　March 28, 2025<br>FAC Filed:　　　　April 10, 2025 |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

Plaintiffs MSW Media, Inc. and First Amendment Coalition ("Plaintiffs") and Defendants United States DOGE Service and Office of Management and Budget ("Defendants") (collectively the "Parties") bring this motion for administrative relief pursuant to Civil L.R. 7-11 and this Court's standing order to respectfully request permission to allow counsel for the Parties to appear and participate remotely and via Zoom at the Initial Case Management Conference (Dkt. 8) currently set for July 3, 2025 at 10:00 a.m. in Courtroom 10 before The Honorable Judge Araceli Martínez-Olguín.

The instant request is made jointly as both counsel believe that permitting remote appearances will be less financially impactful on their respective clients and also avoid the need for their counsel to travel to and from San Francisco. In addition, Plaintiffs' lead counsel is based in the Washington, D.C. area.

Dated: June 1, 2025

NATIONAL SECURITY COUNSELORS

By    */s/ Kel McClanahan*
KEL MCCLANAHAN
Attorney for Plaintiffs MSW MEDIA, INC. and
FIRST AMENDMENT COALITION

Dated: June 1, 2025

PATRICK D. ROBBINS
Acting United States Attorney

By    */s/ Kenneth Brakebill*
KENNETH BRAKEBILL
Assistant United States Attorney
Attorney for Defendants UNITED STATES
DOGE SERVICE and OFFICE OF
MANAGEMENT AND BUDGET

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to the Local Rules, I hereby attest that counsel for Defendants whose electronic signature appears above has concurred in this filing.

Dated: June 1, 2025

                                             NATIONAL SECURITY COUNSELORS

                              By    */s/ Kel McClanahan*
                                          KEL MCCLANAHAN
                              Attorney for Plaintiffs MSW MEDIA, INC. and
                                      FIRST AMENDMENT COALITION