DAVID LOY, Cal. Bar No. 229235
ANN CAPPETTA, Cal. Bar No. 354079
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901-3334
Telephone:  415.460.5060
Facsimile:  415.460.5155
Email:  dloy@firstamendmentcoalition.org
  acappetta@firstamendmentcoalition.org

KEL MCCLANAHAN (*Pro Hac Vice*)
NATIONAL SECURITY COUNSELORS
1451 Rockville Pike, Suite 250
Rockville, MD 20852
Telephone:  501.301.4672
Email:  kel@nationalsecuritylaw.org

Attorneys for Plaintiffs MSW MEDIA, INC. and
FIRST AMENDMENT COALITION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSW MEDIA, INC., and FIRST AMENDMENT COALITION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DOGE SERVICE, and OFFICE OF MANAGEMENT AND BUDGET,<br><br>Defendants. | Case No. 3:25-cv-02881-AMO<br><br>**DECLARATION OF KELLY MCCLANAHAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR TRANSFER FIRST AMENDED COMPLAINT AND IN THE ALTERNATIVE, MOTION TO STAY**<br><br>Date:  August 7, 2025<br>Time:  2:00 p.m.<br>Judge:  Hon. Araceli Martínez-Olguín |

I, Kelly McClanahan, declare as follows:

1. I am an attorney duly admitted *pro hac vice* to practice before this Court, an attorney with National Security Counselors, and one of the counsel of record for Plaintiffs MSW Media, Inc. ("MSW Media") and First Amendment Coalition ("FAC"). I make this declaration based on personal knowledge and if called as a witness I could and would testify competently to the facts stated herein.

2.  On June 9, 2025, FAC sent United States DOGE Service ("USDS"), through its counsel, a letter which stated that FAC formally joined the FOIA request submitted by MSW Media on February 11, 2025 as a joint requester, a true and correct copy of which is attached here to as **Exhibit A**.

3.  On June 9, 2025, MSW Media sent USDS, through its counsel, a letter which stated that MSW Media agreed to add FAC to its FOIA request submitted on February 11, 2025 as a joint requester, a true and correct copy of which is attached here to as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of June, 2025 at Rockville, MD.

*/s/ Kelly McClanahan*
KELLY MCCLANAHAN