**Exhibit A**



June 9, 2025

**VIA Counsel**

U.S. DOGE Service
Executive Office of the President
1600 Pennsylvania Avenue, NW
Washington, DC 20500

Re:    <u>MSW MEDIA FREEDOM OF INFORMATION ACT REQUEST</u>

To Whom It May Concern:

On behalf of the First Amendment Coalition, I write to advise the U.S. DOGE Service, through its Department of Justice counsel, that the First Amendment Coalition joins the FOIA request submitted by MSW Media, Inc. on February 11, 2025, for all emails sent or received by employees of the U.S. DOGE Service between February 7th, 2025, and February 10th, 2025, inclusive. Accordingly, the First Amendment Coalition and MSW Media, Inc., should be treated as joint requesters.

Very truly yours,

FIRST AMENDMENT COALITION

David Snyder
Executive Director

Ex. A