**Exhibit B**



NEWS. POLITICS. **JUSTICE.**

FROM: Allison Gill
3245 University Ave, Ste 163
San Diego, CA 92104

TO: US Department of Government Efficiency (DOGE) Service
Executive Office of the President
1600 Pennsylvania Ave NW
Washington DC, 20500

To Whom It May Concern:

MSW Media, Inc., agrees to add the First Amendment Coalition to its February 11, 2025, FOIA request as a joint requester.

Sincerely,

Allison Gill
CEO, MSW Media, Inc

Ex. B