DAVID LOY, Cal. Bar No. 229235
ANN CAPPETTA, Cal. Bar No. 354079
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901-3334
Telephone:  415.460.5060
Facsimile:  415.460.5155
Email:  dloy@firstamendmentcoalition.org
        acappetta@firstamendmentcoalition.org

KEL MCCLANAHAN (*Pro Hac Vice*)
NATIONAL SECURITY COUNSELORS
1451 Rockville Pike, Suite 250
Rockville, MD 20852
Telephone:  501.301.4672
Email:  kel@nationalsecuritylaw.org

Attorneys for Plaintiffs MSW MEDIA, INC. and
FIRST AMENDMENT COALITION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSW MEDIA, INC., and FIRST AMENDMENT COALITION,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DOGE SERVICE, and OFFICE OF MANAGEMENT AND BUDGET,<br><br>　　　　　　Defendants. | Case No. 3:25-cv-02881-AMO<br><br>**[PROPOSED] ORDER DENYING MOTION TO DISMISS OR TRANSFER FIRST AMENDED COMPLAINT OR IN THE ALTERNATIVE, MOTION TO STAY**<br><br>Date:　　August 7, 2025<br>Time:　　2:00 p.m.<br>Judge:　　Hon. Araceli Martínez-Olguín |

1  Defendants United States DOGE Service and Office of Management and Budget's
2  ("Defendants") Motion to Dismiss or Transfer First Amended Complaint or in the Alternative,
3  Motion to Stay has been reviewed and considered by the instant Court.
4  Having considered all papers filed in support of this Motion, the Court finds as follows:
5  Defendants' Motion is denied.
6  IT IS SO ORDERED
7  Dated: _____

8
9  The Hon. Araceli Martínez-Olguín