DAVID LOY, Cal. Bar No. 229235
ANN CAPPETTA, Cal. Bar No. 354079
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901-3334
Telephone:  415.460.5060
Facsimile:  415.460.5155
Email:  dloy@firstamendmentcoalition.org
          acappetta@firstamendmentcoalition.org

KEL MCCLANAHAN (*Pro Hac Vice*)
NATIONAL SECURITY COUNSELORS
1451 Rockville Pike, Suite 250
Rockville, MD 20852
Telephone:  501.301.4672
Email:  kel@nationalsecuritylaw.org

Attorneys for Plaintiffs MSW MEDIA, INC. and
FIRST AMENDMENT COALITION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSW MEDIA, INC., and FIRST AMENDMENT COALITION,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DOGE SERVICE, and OFFICE OF MANAGEMENT AND BUDGET,<br><br>　　　　　　Defendants. | Case No. 3:25-cv-02881-AMO<br><br>**JOINT MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL L.R. 7-11 TO PERMIT REMOTE APPEARANCE AT JULY 2, 2025 INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　July 2, 2025<br>Time:　　　10:00 a.m.<br>Location:　Courtroom 10, 19th Floor<br>Judge:　　Hon. Araceli Martínez-Olguín<br><br>Complaint Filed:　March 28, 2025<br>FAC Filed:　　　April 10, 2025 |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

Plaintiffs MSW Media, Inc. and First Amendment Coalition ("Plaintiffs") and Defendants United States DOGE Service and Office of Management and Budget ("Defendants") (collectively the "Parties") bring this motion for administrative relief pursuant to Civil L.R. 7-11 and this Court's

1  standing order to respectfully request permission to allow counsel for Plaintiffs to appear and
2  participate remotely and via Zoom at the Initial Case Management Conference (Dkt. 8) currently set
3  for July 2, 2025 at 10:00 a.m. in Courtroom 10 before The Honorable Judge Araceli Martínez-
4  Olguín.

5        Plaintiffs submit that good cause exists for this request because requiring an in-person
6  appearance for an initial case management conference would impose a significant cost on Plaintiffs'
7  counsel. None of Plaintiffs' counsel reside or work in the San Francisco area. Kel McClanahan
8  would need to pay approximately $700 in travel and lodging expenses to travel from Rockville,
9  MD. David Loy would need to pay approximately $350 in travel and lodging expenses to travel
10 from San Diego. Ann Cappetta would need to pay approximately $400 in travel and lodging
11 expenses to travel from Sacramento. In addition, such travel would require any of Plaintiffs'
12 counsel who appeared to stay at least one night in a hotel, not to mention the actual travel time.
13 While a party may reasonably be expected to expend such time and financial resources for a
14 substantive hearing involving the examination of witnesses, it is excessive to impose such a burden
15 on a party for a purely procedural matter such as an initial case management conference.

16       Defendants do not request to appear remotely and will appear in person or virtually, subject
17 to the Court's preference and convenience.[1]

18       The instant request is made by a joint Administrative Motion in accordance with Section
19 C(2) of the Court's Standing Order for Civil Cases.

---

[1] The undersigned counsel for Defendants works in the Phillip Burton Federal Building, and therefore good cause does not exist for his own remote appearance. Counsel for Defendants previously communicated to counsel for Plaintiffs that it would not oppose, and would stipulate to, Plaintiffs' request for a virtual case management conference and that Plaintiffs could represent this position to the Court but did not consent to language suggesting that Defendants requested a remote appearance for their own benefit. Plaintiffs apologize to the Court for the inadvertent misunderstanding.

Dated: June 12, 2025

                NATIONAL SECURITY COUNSELORS

                By      */s/ Kel McClanahan*
                        KEL MCCLANAHAN
                        Attorney for Plaintiffs MSW MEDIA, INC.
                        and FIRST AMENDMENT COALITION

Dated: June 12, 2025

                By      CRAIG H. MISSAKIAN

                        United States Attorney

                        */s/ Kenneth Brakebill*
                        KENNETH BRAKEBILL
                        Assistant United States Attorney
                        Attorney for Defendants UNITED STATES
                        DOGE SERVICE and OFFICE OF
                        MANAGEMENT AND BUDGET

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to the Local Rules, I hereby attest that counsel for Defendants whose electronic signature appears above has concurred in this filing.

Dated: June 12, 2025

                NATIONAL SECURITY COUNSELORS

                By      */s/ Kel McClanahan*
                        KEL MCCLANAHAN
                        Attorney for Plaintiffs MSW MEDIA, INC.
                        and FIRST AMENDMENT COALITION