DAVID LOY, Cal. Bar No. 229235
ANN CAPPETTA, Cal. Bar No. 354079
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901-3334
Telephone:   415.460.5060
Facsimile:   415.460.5155
Email:        dloy@firstamendmentcoalition.org
              acappetta@firstamendmentcoalition.org

KEL MCCLANAHAN (*Pro Hac Vice*)
NATIONAL SECURITY COUNSELORS
1451 Rockville Pike, Suite 250
Rockville, MD 20852
Telephone:   501.301.4672
Email:        kel@nationalsecuritylaw.org

Attorneys for Plaintiffs MSW MEDIA, INC. and
FIRST AMENDMENT COALITION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MSW MEDIA, INC., and FIRST AMENDMENT COALITION,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DOGE SERVICE, and OFFICE OF MANAGEMENT AND BUDGET,<br><br>    Defendants. | Case No. 3:25-cv-02881-AMO<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL L.R. 7-11 TO PERMIT REMOTE APPEARANCE AT JULY 2, 2025 INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:       July 2, 2025<br>Time:       10:00 a.m.<br>Location:   Courtroom 10, 19th Floor<br>Judge:      Hon. Araceli Martínez-Olguín<br><br>Complaint Filed:   March 28, 2025<br>FAC Filed:         April 10, 2025 |
|---|---|

Plaintiffs MSW Media, Inc. and First Amendment Coalition ("Plaintiffs") and Defendants United States DOGE Service and Office of Management and Budget ("Defendants") (collectively the "Parties") Motion for Administrative relief has been reviewed and considered by the instant Court.

///

1  Having considered all papers filed in support of this administrative motion, the Court finds
2  as follows: Counsel for Plaintiffs is permitted to appear remotely via Zoom at the Initial Case
3  Management Conference (Dkt. 8) currently set for July 2, 2025.
4  IT IS SO ORDERED
5  Dated: _____

_____
The Hon. Araceli Martínez-Olguín