1  DAVID LOY, Cal. Bar No. 229235
   ANN CAPPETTA, Cal. Bar No. 354079
2  FIRST AMENDMENT COALITION
   534 4th Street, Suite B
3  San Rafael, CA 94901-3334
   Telephone:  415.460.5060
4  Facsimile:  415.460.5155
   Email:      dloy@firstamendmentcoalition.org
5              acappetta@firstamendmentcoalition.org

6  KEL MCCLANAHAN (*Pro Hac Vice*)
   NATIONAL SECURITY COUNSELORS
7  1451 Rockville Pike, Suite 250
   Rockville, MD 20852
8  Telephone:  501.301.4672
   Email:      kel@nationalsecuritylaw.org
9
   Attorneys for Plaintiffs MSW MEDIA, INC. and
10 FIRST AMENDMENT COALITION

11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14

| 15 | MSW MEDIA, INC., and FIRST AMENDMENT COALITION, | Case No. 3:25-cv-02881-AMO |
|---|---|---|
| 16 | | [PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL L.R. 7-11 TO PERMIT REMOTE APPEARANCE AT JULY 2, 2025 INITIAL CASE MANAGEMENT CONFERENCE |
| 17 | Plaintiffs, | |
| 18 | v. | |
| 19 | UNITED STATES DOGE SERVICE, and OFFICE OF MANAGEMENT AND BUDGET, | |
| 20 | | Date:     July 2, 2025<br>Time:     10:00 a.m.<br>Location: Courtroom 10, 19th Floor<br>Judge:    Hon. Araceli Martínez-Olguín |
| 21 | Defendants. | |
| 22 | | Complaint Filed:  March 28, 2025<br>FAC Filed:        April 10, 2025 |

23

24    Plaintiffs MSW Media, Inc. and First Amendment Coalition ("Plaintiffs") and Defendants

25 United States DOGE Service and Office of Management and Budget ("Defendants") (collectively

26 the "Parties") Motion for Administrative relief has been reviewed and considered by the instant

27 Court.

28 ///

1       Having considered all papers filed in support of this administrative motion, the Court finds

2 as follows:  Counsel for Plaintiffs is permitted to appear remotely via Zoom at the Initial Case

3 Management Conference (Dkt. 8) currently set for July 2, 2025.

4       IT IS SO ORDERED

5 Dated: June 16, 2025

6

7                                          The Hon. Araceli Martínez-Olguín